UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MISBAH JOY JOSEPH,<br><br>    *Plaintiff*,<br><br>  v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>    *Defendant*. | Civil No.: 18-cv-3839 (KSH) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon a report and recommendation filed by Magistrate Judge Cathy Waldor (D.E. 16), recommending that the Court grant the motion (D.E. 8) of defendant AXA Equitable Life Insurance Company ("AXA") to transfer the venue of this case to the United States District Court for the District of New Jersey; and the Court having reviewed Judge Waldor's report and recommendation in accordance with Fed. R. Civ. P. 72 and L. Civ. R. 72.1; and neither party having objected to Judge Waldor's report and recommendation; and for the reasons set forth in Judge Waldor's report and recommendation and the opinion filed herewith; and good cause having been shown,

**IT IS** on this 14th day of November 2018,

**ORDERED** that Judge Waldor's report and recommendation (D.E. 16) is accepted in whole; and it is further

**ORDERED** that AXA's motion (D.E. 8) is GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall transfer this action to the United States District Court for the Southern District of New York.

                 /s/ Katharine S. Hayden
                 Katharine S. Hayden, U.S.D.J.